## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Anna Marie Horstman          CHAPTER 13
               Debtor(s)

BKY. NO. 19-12043 elf

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Specialized Loan Servicing and index same on the master mailing list.

                                         Respectfully submitted,

                                         **/s/ Rebecca A. Solarz, Esquire**
                                         Kevin McDonald
                                           Rebecca A. Solarz, Esquire
                                           KML Law Group, P.C.
                                           701 Market Street, Suite 5000
                                           Philadelphia, PA 19106-1532
                                           (215) 627-1322