# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Anna Marie Horstman | Debtor(s) | CHAPTER 13 |
| Specialized Loan Servicing | Movant | |
| vs. | | NO. 19-12043 elf |
| Anna Marie Horstman | Debtor(s) | |
| Kurt Horstman | Co-Debtors | 11 U.S.C. Sections 362 and 1301 (c) |
| William C. Miller Esq. | Trustee | |

## ORDER

AND NOW, this 15th day of September, 2020, at Philadelphia, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: the Motion for Relief from the Automatic Stay is **GRANTED** and the automatic stay under 11 U.S.C. Section 362, is **MODIFIED** with respect to the subject premises located at 314 Roseberry Street, Philadelphia, PA 19148-3928 ("Property), so as to allow Movant, its successors or assignees, to proceed with its *in rem* rights and remedies under the terms of the subject Mortgage and pursue its *in rem* State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**