United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 19-12043-elf
Anna Marie Horstman                                                     Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: PaulP            Page 1 of 1              Date Rcvd: Sep 15, 2020
                     Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 17, 2020.
db              Anna Marie Horstman,    314 Roseberry St.,,    Philadelphia, PA   19148-3928

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 17, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 15, 2020 at the address(es) listed below:
      JOSEPH F. CLAFFY    on behalf of Debtor Anna Marie Horstman claffylaw@gmail.com, claffylaw@aol.com;claffylawecf@gmail.com
      PAMELA ELCHERT THURMOND    on behalf of Creditor    CITY OF PHILADELPHIA pamela.thurmond@phila.gov, karena.blaylock@phila.gov
      REBECCA ANN SOLARZ    on behalf of Creditor    SPECIALIZED LOAN SERVICING LLC bkgroup@kmllawgroup.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com, philaecf@gmail.com
      WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                       TOTAL: 6

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Anna Marie Horstman | Debtor(s) | CHAPTER 13 |
| Specialized Loan Servicing vs. | Movant | NO. 19-12043 elf |
| Anna Marie Horstman Kurt Horstman | Debtor(s) Co-Debtors | 11 U.S.C. Sections 362 and 1301 (c) |
| William C. Miller Esq. | Trustee | |

## ORDER

AND NOW, this 1**5th day of September, 2020**, at Philadelphia, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is:

**ORDERED** THAT: the Motion for Relief from the Automatic Stay is **GRANTED** and the automatic stay under 11 U.S.C. Section 362, is **MODIFIED** with respect to the subject premises located at 314 Roseberry Street, Philadelphia, PA 19148-3928 ("Property), so as to allow Movant, its successors or assignees, to proceed with its *in rem* rights and remedies under the terms of the subject Mortgage and pursue its *in rem* State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**