**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: **Thelma Wright**                       CHAPTER 13

                                                          CASE NO. **20-10020-ELF**

**CERTIFICATION OF NON-RESPONSE
TO NOTICE OF APPLICATION FOR APPROVAL OF LEGAL FEE**

       The undersigned, Michael D. Ward, Esquire does hereby aver and certify that he did serve copies of the Notice of Application for Approval of Legal Fee, as approved by the Clerk of the U.S. Bankruptcy Court for the Eastern District of Pennsylvania, upon all interested parties, as listed on the attached Exhibit "A", which lists includes all the parties listed on the master mailing list (typing matrix) by depositing same with the United States Postal Service, at Philadelphia, PA as regular first class mail, postage pre-paid or by ECF e-mail on the following date**: 9/6/2020**

       More than twenty (20) days have elapsed from the date of mailing of said Notice of Application for Approval of Legal Fee, and having received no response thereto, and more than twenty (20) days having elapsed since the mailing of the Notice of Application for Approval of Legal Fee, and having received no response thereto, the undersigned as Attorney for the Debtor(s) does hereby ask that the fee in this case be Approved

                                                               Respectfully submitted,

Dated: **September 27, 2020**                      /s/ Michael D Ward, Esq
                                                             Michael D. Ward, Esquire
                                                              1800 JFK Blvd, Suite 300
                                                              Philadelphia, PA  19103-7402
                                                              Phone: (267) 325-2251
                                                              Fax:     (215) 383-0129
                                                              Email:   mdwecf@gmail.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: **Thelma Wright**  CHAPTER 13

CASE NO. **20-10020-ELF**

**Parties served with copy of Notice of Fee Application:**

The Debtor, U.S. Trustee, Chapter 13 Trustee, Creditors, the matrix and all parties in interest.