# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:  Anna Marie Horstman
       Bankruptcy No. 20-12433
       Adversary No.
       Chapter          13

                                          Date:   September 28, 2020

To:          Michael Ward, Esq.

## NOTICE OF INACCURATE FILING

      Re:  <u>Certificate of No Response</u>

The above pleading was filed in this office on **September 27, 2020 .**  Please be advised that the following document(s) filed contains a deficiency as set forth below:

- ( )    Debtor's name does not match case number listed
- ( )    Debtor's name and case number are missing
- ( )    Wrong PDF document attached
- ( )    PDF document  not legible
- ( )    Notice of Motion/Objection
- ( )    Electronic Signature missing
- (x)    Other: Entered on Incorrect Case

In order for this matter to proceed, please submit the above noted correction within fourteen (14) days from the date of this notice.  All replies with appropriate corrections should be submitted to the e-mail address of **qc@paeb.uscourts.gov**  . Otherwise, the matter will be referred to the Court.

                                                            Timothy B. McGrath
                                                            Clerk

                                                             By:  **Paul A. Puskar**
                                                             Deputy Clerk

CM-ECF 14 day notice.frm
4/30/04