```
                IN THE UNITED STATES BANKRUPTCY COURT
            FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE
                                        :
Anna Marie Horstman                     :    BK NO.
                                        :    19-12043-ELF
DEBTOR                                  :
```

**Praecipe to Withdraw Motion to Reimpose Stay and**
**<u>Notice of Motion regarding Motion to Reimpose the Stay</u>**

TO THE CLERK:

  Kindly withdraw the Debtor's Motion to Reimpose Stay at docket no. 72 and Notice of Motion regarding the Motion to Reimpose the Stay at docket no. 73.

           Respectfully submitted.

           <u>Michael D. Ward /s/</u>

           Michael D. Ward, Attorney at law
           1800 JFK Blvd
           Suite 300
           Philadelphia, PA   19103-7402
           Phone: (267) 628-8254
           Fax:     (215) 383-0129
           Email:   mdwecf@gmail.com