IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE                                       :
**Anna Marie Horstman**                     :        BK NO.
                                            :        **19-12043-ELF**
DEBTOR                                      :

**NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE**

**Debtor, Anna Marie Horstman, has filed a Motion to Re-impose the Stay. <u>Your rights may be affected</u>**. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not, you may wish to consult an attorney.)

    **1.**   If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then <u>**on or before October 17, 2020**</u> **you or your attorney must do <u>all</u> the following:**

        (a)   file an answer explaining your position at:

        Office of the Clerk of Court
        United States Bankruptcy Court
        Robert C. Nix Building
        900 Market Street, Suite 400
        Philadelphia, PA  19107-4299

If you mail your answer to the bankruptcy clerk=s office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

        (b)   mail a copy to

        Michael D. Ward
        Attorney at Law
        1800 JFK Blvd
        Suite 300
        Philadelphia, PA  19103-7402
        Phone: (267) 628 8254

      2.   If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

      **3.   A hearing on the motion is scheduled to be held before the Honorable Judge Eric L. Frank on Tuesday, October 27, 2020 at 2:00 PM in Courtroom # 1, United States Bankruptcy Court, Robert C. Nix Building 900 Market Street, 2nd Floor, Philadelphia, PA 19107-4299.**

      4.   If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

      5.   You may contact the Bankruptcy Clerk=s office at 215-408-2800 to find out whether the hearing has been cancelled because no one filed an answer.

Dated:    September 29, 2020