IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE
                                    :
**Anna Marie Horstman**             :   BK NO.
                                    :   **19-12043-ELF**
DEBTOR                              :

**<u>Second</u> AMENDED NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING
DATE**

**Debtor, Anna Marie Horstman, has filed a Motion to Re-impose the
Stay. <u>Your rights may be affected</u>.** You should read these
papers carefully and discuss them with your attorney, if you
have one in this bankruptcy case. (If you do not, you may wish
to consult an attorney.)

   **1.** If you do not want the court to grant the relief
sought in the motion or if you want the court to consider your
views on the motion, then **<u>on or before October 18, 2020</u> you or
your attorney must do <u>all</u> the following:**

      (a)  file an answer explaining your position at:

         Office of the Clerk of Court
         United States Bankruptcy Court
         Robert C. Nix Building
         900 Market Street, Suite 400
         Philadelphia, PA  19107-4299

If you mail your answer to the bankruptcy clerk=s office for
filing, you must mail it early enough so that it will be
received on or before the date stated above; and

      (b)  mail a copy to

         Michael D. Ward
         Attorney at Law
         1800 JFK Blvd
         Suite 300
         Philadelphia, PA  19103-7402
         Phone: (267) 628 8254

2.    If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

**3.    A hearing on the motion is scheduled to be held before the Honorable Judge Eric L. Frank on Tuesday, October 27,2020 at 9:30 a.m. in Courtroom # 1, United States Bankruptcy Court, Robert C. Nix Building 900 Market Street, 2nd Floor, Philadelphia, PA  19107-4299.**

4.    If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5.    You may contact the Bankruptcy Clerk=s office at 215-408-2800 to find out whether the hearing has been cancelled because no one filed an answer.

Dated:    October 2 2020