IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE                                    :
**Anna Marie Horstman**                  :     BK NO.
                                         :     **19-12043-ELF**
DEBTOR                                   :

**AMENDED**
<u>**CERTIFICATION OF SERVICE**</u>

I, Michael D. Ward, , do hereby certify that true and correct copies of the Debtor's Motion to Reimpose the Stay, including Notice of Hearing, was served this date by United States Mail, First Class, postage prepaid or ECF e-mail.

The Chapter 13 Trustee, the  U.S. Trustee and:


Rebecca A. Solarz, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532

Specialized Home Services
N166W21250 Glen Brooke Dr
Jackson, WI 53037

Branch Banking and Trust
PO Box 1847
Wilson NC 27894


                                    /S/Michael D. Ward
                                    _____
                                    Michael D. Ward

DATED:     **September 29,2020**