```
          IN THE UNITED STATES BANKRUPTCY COURT
       FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

IN RE                                    :
**Anna Marie Horstman**                  :    BK NO.
                                         :    **19-12043-ELF**
DEBTOR                                   :
                                         :

### CERTIFICATION OF SERVICE

I, Michael D. Ward, , do hereby certify that true and correct copies of the Debtor's Notice of Motion/ Hearing regarding the Debtor's Motion to Reimpose the Stay, was served this date by United States Mail, First Class, postage prepaid or ECF e-mail.

The Chapter 13 Trustee, the  U.S. Trustee and:


Rebecca A. Solarz, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532

Specialized Home Services
N166W21250 Glen Brooke Dr
Jackson, WI 53037

Branch Banking and Trust
PO Box 1847
Wilson NC 27894


                                   /S/Michael D. Ward
                                   _____
                                   Michael D. Ward

DATED:    October 2, **2020**