**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**IN RE:**                                    **Chapter 13**
ANNA MARIE HORSTMAN


                        **Debtor**            **Bankruptcy No.** 19-12043-ELF


# <u>O R D E R</u>


**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing

Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage

orders previously entered are **VACATED**.




Date: November 4, 2020

                    _____
                              Eric L. Frank
                           Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
MICHAEL D. WARD ESQUIRE
1800 JFK BLVD
SUITE 300
PHILADELPHIA, PA 19103-


Debtor:
ANNA MARIE HORSTMAN

314 ROSEBERRY ST.,

PHILADELPHIA, PA 19148-