United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Anna Marie Horstman  
    Debtor(s)

Case No. 19-12043-elf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: Adminstra      Page 1 of 2  
Date Rcvd: Nov 04, 2020      Form ID: pdf900      Total Noticed: 24

The following symbols are used throughout this certificate:  
**Symbol  Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 06, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Anna Marie Horstman, 314 Roseberry St.,, Philadelphia, PA 19148-3928 |
| cr | + | SPECIALIZED LOAN SERVICING LLC, 14841 DALLAS PKWY SUITE 425, Dallas, TX 75254-8067 |
| cr | + | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, CO 80129-2386 |
| 14303071 | | Branch Banking & Trust Co., c/o ANN E. SWARTZ, ESQUIRE, 123 South Broad Street, Suite 1400, Philadelphia, PA 19109-1060 |
| 14303072 | + | Branch Banking & Trust Co., c/o Phelan Hallinan Diamond & Jones LLP, 1617 JFK Blvd., Ste. 1400, One Penn Center PlazaPhila., PA 19103-1814 |
| 14303074 | + | DITECH, 2100 E ELLIOT RD, BLDG 94, TEMPE AZ 85284-1806 |
| 14338505 | #+ | Ditech Financial LLC, 2100 East Elliot Road, Bldg. 94, Recovery Dept. T-120, Tempe, AZ 85284-1806 |
| 14303075 | | KML Law Group, PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14303076 | | Kurt Horstman, 314 Roseberry St., Philadelphia, PA 19148-3928 |
| 14432199 | | Michael D. Ward, Attorney at law, 1800 JFK Blvd, Suite 300, Philadelphia, PA 19103-7402 |
| 14500513 | | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14303077 | + | Philadelphia Gas Works, 800 W Montgomery Avenue 19122-2898, Philadelphia Pa 19122-2898Attn: Bankrupt |
| 14525612 | + | Specialized Loan Servicing, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14525652 | + | Specialized Loan Servicing, c/o Rebecca A Soalrz, Esq., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14525653 | + | Specialized Loan Servicing, c/o Kevin McDonald, Esq., KML Law Group, PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14393786 | + | Specialized Loan Servicing LLC, 6200 S Quebec Street, Greenwood Village, CO 80111-4720 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Nov 05 2020 03:14:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 05 2020 03:14:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Nov 05 2020 03:14:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | | Email/Text: megan.harper@phila.gov | Nov 05 2020 03:14:00 | CITY OF PHILADELPHIA, Tax & Revenue Unit, 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR, Major Tax Litigation Division, Philadelphia, PA 19102-1595 |
| 14303070 | | Email/Text: bankruptcy@bbandt.com | Nov 05 2020 03:14:00 | BB AND T, PO BOX 1847, WILSON NC 27894-1847 |
| 14308568 | | Email/Text: bankruptcy@bbandt.com | Nov 05 2020 03:14:00 | Branch Banking and Trust, PO Box 1847, Wilson, NC 27894 |
| 14303073 | | Email/Text: megan.harper@phila.gov | Nov 05 2020 03:14:00 | CITY OF PHILADELPHIA, LAW DEPARTMENT, MUNICIPAL SERVICES BUILDING, 1401 JOHN F KENNEDY BLVD, |

Case 19-12043-elf    Doc 91    Filed 11/06/20    Entered 11/07/20 00:45:16    Desc Imaged
Certificate of Notice    Page 2 of 3

| District/off: 0313-2 | User: Adminstra | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Nov 04, 2020 | Form ID: pdf900 | Total Noticed: 24 |

| 14379858 | Email/Text: megan.harper@phila.gov | Nov 05 2020 03:14:00 | 5TH FLOOR, PHILADELPHIA PA 19102-1617preferred<br><br>Water Revenue Bureau, c/o Pamela Eichert Thurmond, Municipal Services Building, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
|---|---|---|---|

TOTAL: 8

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING |
| cr | *+ | SPECIALIZED LOAN SERVICING LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 06, 2020                               Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 4, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| JOSEPH F. CLAFFY | on behalf of Debtor Anna Marie Horstman claffylaw@gmail.com claffylaw@aol.com;claffylawecf@gmail.com |
| MICHAEL D. WARD | on behalf of Debtor Anna Marie Horstman mdwecf@gmail.com G7290@notify.cincompass.com |
| PAMELA ELCHERT THURMOND | on behalf of Creditor CITY OF PHILADELPHIA pamela.thurmond@phila.gov karena.blaylock@phila.gov |
| REBECCA ANN SOLARZ | on behalf of Creditor Specialized Loan Servicing LLC bkgroup@kmllawgroup.com |
| REBECCA ANN SOLARZ | on behalf of Creditor SPECIALIZED LOAN SERVICING LLC bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | on behalf of Trustee WILLIAM C. MILLER Esq. ecfemails@ph13trustee.com, philaecf@gmail.com |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com philaecf@gmail.com |

TOTAL: 8

**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                          Chapter 13
ANNA MARIE HORSTMAN

             Debtor                 Bankruptcy No. 19-12043-ELF

# ORDER

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

Date: November 4, 2020

_____
Eric L. Frank
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
MICHAEL D. WARD ESQUIRE
1800 JFK BLVD
SUITE 300
PHILADELPHIA, PA 19103-

Debtor:
ANNA MARIE HORSTMAN

314 ROSEBERRY ST.,

PHILADELPHIA, PA 19148-